.                          **IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALIZA HASAN and NURA AHMED, h/w | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 14-2944 |
| MACY'S, INC., EMILY YOUNG, and | : | |
| USI SERVICES GROUP, INC., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this *14th* day of *August*, 2014, upon the Motion to Remand to State Court by Plaintiffs Aliza Hasan and Nura Ahmed (Docket No. 4), the Response of Defendants Macy's, Inc. and Emily Young (Docket No. 5), and Defendants' Supplemental Memorandum of Law in Opposition (Docket No. 7), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to remand this matter to the Pennsylvania Court of Common Pleas for Philadelphia County.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.